## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, FBI San Juan Field Office Special Agent John Auchter, being duly sworn, hereby depose and state that:

## BACKGROUND

1.      I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am empowered by law to conduct investigations and to make arrests for federal felony and misdemeanor offenses.

2.      I am a Special Agent with the FBI and have been since May 1, 2016. I am also a licensed attorney and have been admitted to practice by the Illinois Supreme Court since November 1, 2012. I am currently assigned to the FBI San Juan Field Office, and I am part of the Violent Crimes squad.

3.      Because this Affidavit is submitted for a limited purpose, I have not included details of every aspect of this investigation. I am thoroughly familiar with the information contained in this Affidavit, either through personal investigation or discussions with other law enforcement officers who have interviewed individuals or personally have obtained information, which they in turn have reported to me.

4.      Based on my training and experience and the facts set forth below in this affidavit, there is probable cause to believe Jeremy Froias violated 18 U.S.C. § 1801 (video voyeurism) and 18 U.S.C. § 2252A(a)(5)(B) (attempted possession of child exploitation material).

## FACTS SUPPORTING PROBABLE CAUSE

5.      On or about April 29, 2023, Jeremy Froias ("Froias") boarded the Harmony of the Seas (the "Harmony") in Miami, Florida. The Harmony is a cruise ship operated by Royal Caribbean and was set to begin a seven-day cruise departing from Miami, Florida. The Harmony

was also set to make land calls at Saint Maarten on May 2, San Juan on May 3, and the Bahamas on May 5. The Harmony is scheduled to return to Miami, Florida on May 6, 2023.

6.      On or about April 30, 2023, when the Harmony was navigating in international waters, Froias installed a hidden Wi-Fi camera in a public bathroom on the aft of the Harmony's top deck, between the "Flow Rider" surfing simulator and a bar. The bathroom where the camera was hidden is depicted in the following photos:









7.      The camera which Froias hid in this bathroom was secreted in a section of the wall

above the door which had been removed for repairs:



8.      At about 7:00 p.m. on May 1, 2023, another passenger noticed the hidden camera

and reported it to the Harmony's crew. Harmony security personnel searched the bathroom and

found and seized the hidden camera. The hidden Wi-Fi camera is depicted in the following photo:



9.      The only portion of the hidden camera which was visible was the camera lens itself, circled in the image above. The security personnel noticed that the camera had a Micro SD card inserted so they reviewed the data on the card. The data included several hours' worth of .mp4 video files. The initial videos depict Froias hiding the camera and adjusting the angle of the camera, so it focuses on the area of the toilet. Froias is also seen taking his Apple iPhone 14 Pro Max out of his pocket and appears to have connected the phone to the hidden camera using Wi-Fi. Froias then exits the bathroom.

10.     The additional videos on the camera depict more than 150 individuals, including what appears to be at least 40 minors. Individuals are seen coming into the bathroom to either use the toilet or to change into or out of swimsuits. Froias's camera captured these individuals in various stages of undress, including capturing videos of their naked genitals, buttocks, and female breasts.

11.     At about midnight on May 1, 2023, Harmony security personnel interviewed Froias regarding the hidden camera. During this interview Froias admitted to placing the hidden camera in the bathroom. Froias told Harmony security personnel that he knew the camera had been found and taken because when he went to look for it on the evening of May 1, 2023, he was unable to find it.

12.     On May 3, 2023, I reviewed videos from the hidden camera's micro-SD card. I saw several videos which included several different minors using the toilet and the bathroom. These videos depicted the minors' naked genitals and buttocks. Some of these minors appeared to be as young as four or five years old.

13.     The videos also depicted Froias initially installing the camera on or about April 30, 2023, based on the camera's timestamp. The videos depicted Froias then returning to the bathroom

on or about May 1, 2023, to adjust the angle of the camera lens. Froias's iPhone can be seen in this video, and it appears to be displaying the video feed being captured by the camera.

**CONCLUSION**

14.     Based upon my training, experience, and the above facts, I respectfully submit there is sufficient probable cause to show Jeremy Froias violated 18 U.S.C. §§ 1801 (video voyeurism) and 18 U.S.C. § 2252A(a)(5)(B) (attempted possession of child exploitation material).

I hereby declare, under penalty of perjury, that the information contained in this Affidavit is known to be true and correct to best of my knowledge.


Subscribed and sworn before me pursuant to FRCP 4.1 at  4:55 pm    by telephone, this   3rd    day of May, 2023.



John Auchter
Special Agent
Federal Bureau of Investigation



Giselle López-Soler
United States Magistrate Judge
District of Puerto Rico