IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**JEREMY JONATHAN FROIAS**<br><br>*Defendant.* | Crim. No.: 23-190 (FAB) |

## WAIVER OF PRESENCE AT ARRAIGNMENT

The undersigned defendant, **Jeremy Jonathan Froias**, hereby affirms that he has been apprised of the charges in Indictment 23-190 (FAB), that counsel has provided him with a copy of said Indictment, and, after being duly advised of his rights to be present at arraignment, waives said right and respectfully enter a PLEA OF NOT GUILTY to the charges levied against him, pursuant to Rule 10(6) of the Federal Rules of Criminal Procedure.

In San Juan, Puerto Rico, this 12th day of May, 2023.


*[signature]*
Jeremy Jonathan Froias

Leonardo M. Aldridge
Counsel for the Defendant
USDC-PR 300011
ECIJA-SBGB
Miramar Plaza, Second floor
P.O. Box 363068
San Juan, PR 00936
Phone: (787) 370-9024
E-mail: leoaldridge@hotmail.com